In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK Relative to Appointment of Commissioners to Determine Damages to Property Owners Caused by the Closing of Old Third Avenue in the Borough of the Bronx.

JOHN L. ARMSTRONG, as Executor of JOHN ARMSTRONG, Deceased, Appellant; CITY OF NEW YORK, Respondent.

Argued November 21, 1938; decided December 6, 1938.

*F. W. Hottenroth* for appellant.

*William C. Chanler, Corporation Counsel (Lewis Orgel, Julius Isaacs* and *Samuel K. Handel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.